**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00114-CV

### GENERAL TRUCK SALES, INC., Appellant

### V.

### SARA GARCIA & VANESSA HERNANDEZ, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-04410**

## ORDER

We **GRANT** appellees' April 19, 2013 unopposed motion to expedite issuance of the

mandate. We **DIRECT** the Clerk of this Court to issue the mandate forthwith.

/s/     MOLLY FRANCIS
          JUSTICE